## Merry Estate.

Argued November 20, 1973. Before JONES, C. J., EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

*Desmond J. McTighe,* with him *Philip D. Weiss,* and *McTighe, Brown, Weiss, Bonner & Stewart,* for appellants.

*J. Brooke Aker,* with him *James L. Hollinger,* and *Smith, Aker, Grossman, Hollinger and Jenkins,* for appellees.

*Calvin S. Drayer, Jr.,* and *Menin, Wilson & Flick,* for Lloyd H. Rainwater, III and Girard Trust Bank, executors, appellees.

OPINION PER CURIAM, May 22, 1974:
Decree affirmed. Each party to pay own costs.